UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MONTANA

GREGG ALLEN ZINDELL

V.

UNITED STATES OF AMERICA

Case No.

CDV-14-446

## NOTICE OF APPEAL

Notice is hereby given that the petitioner, Gregg Allen Zindellin pro se, in necessity, hereby appeals to the UNITED STATES OF APPEALS for the FEDERAL CIRCUIT from this courts denial of his § 2254 Motion, and all pleadings related thereto. Gregg Zindell avers he is authorized to take this appeal pursuant 28 U.S.C. § 1291; 28 U.S.C. § 2253; and Fed. App. P., Rule 4.

Respectfully submitted on this 09, October, 2023.

*[signature]*
Gregg Allen Zindell

A.O. 3011357
Montana State Prison
700 Conley Lake Road
Deer Lodge, Mt. 59722