IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREGG ALLEN ZINDELL,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Cause No. CV 23-63-GF-BMM-JTJ<br><br>ORDER |

Petition Gregg Allen Zindell filed a document with this Court on October 10, 2023, captioned "Notice of Appeal." (Doc. 1.) In it, he states that he is appealing "to the United States [Court] of Appeals for the Federal Circuit from this court's denial of his § 2254 motion." (Id.) He has also filed a motion for order of designation of record on appeal. (Doc. 3.)

Zindell is incarcerated at Montana State Prison. He has not previously filed a 28 U.S.C. § 2254 petition in this Court. There is nothing to appeal. However, the publicly available docket of the Montana Supreme Court reflects that Zindell has filed various appeals and original actions there. This Court is not the proper venue for an appeal from the Montana Supreme Court.

Accordingly, IT IS ORDERED:

1. The Clerk of Court is directed to close this matter. All motions are DENIED as moot.

2. This matter is dismissed without prejudice to Zindell filing any petition for habeas corpus in the future, if appropriate.

DATED this 6th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court