UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| GREGG ALLEN ZINDELL, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | CV 23-63-GF-BMM |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 6, 2023 (Doc. 4), this action is DISMISSED.

Dated this 6th day of November, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk